**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:20-cv-03781-RBJ

SCOTT TOUSIGNAUT,

a Colorado Resident,

    Plaintiff;

v.

AMERICAN MEDICAL ALERT CORP.,

a Foreign Corporation,

    Defendant.

___

**STIPULATION FOR DISMISSAL WITH PREJUDICE**
___

    Plaintiff Scott Tousignaut and Defendant American Medical Alert Corp., by and through their respective counsel, hereby stipulate to the dismissal of this action against Defendant, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Except as otherwise agreed, Plaintiff and Defendant shall each bear their own costs and attorney's fees.

    Respectfully submitted this 9th day of June, 2022.

| | |
|---|---|
| */s/  Gregory A. Eurich* | */s/  Alice Conway Powers* |
| Gregory A. Eurich | Alice Conway Powers |
| Miller & Steiert, P.C. | Lewis Brisbois Bisgaard & Smith LLP |
| 1901 W. Littleton Blvd. | 1700 Lincoln Street, Suite 4000 |
| Littleton, CO 80120 | Denver, Colorado 80203 |
| geurich@m-s-lawyers.com | Alice.powers@lewisbrisbois.com |
| **Attorneys for Plaintiff** | **Attorneys for Defendant** |
| **Scott Tousignaut** | **American Medical Alert Corp.** |